IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                              Case No 6:22-cr-60018-001

GARRICK D. ALLMON                                                                         DEFENDANT

**ORDER**

Before the Court is the Motion to Modify Conditions of Release filed herein by the Defendant. ECF No. 22. The Government has responded and objects to the proposed modification. ECF No. 24. The Motion was referred to the undersigned on March 13, 2023. ECF No. 23. No hearing is necessary in this matter.

Defendant was released on pretrial supervision on October 12, 2022. His conditions of release included an employment requirement and the location restriction program of home detention with GPS location monitoring. ECF No. 16. The Defendant has requested he be allowed to provide his supervising United States Probation Officer (USPO) 24-48 hour notice of his proposed work schedule as a truck driver. Currently the USPO requires a one week notice of Defendants upcoming employment itinerary. Defendant asserts this one week notice makes his employment difficult as his schedule as truck driver requires much shorter notice periods than one week for scheduled pick up and delivery times. The USPO indicates that anything other than the one-week notice will require a significant alteration to the Court's location restriction program. Based on Defendant's prior criminal history and current charges, the Court finds the current location restriction condition of release to be appropriate to assure the safety of the community. Accordingly, Defendant's Motion should be denied.

1

**IT IS THEREFORE ORDERED** Defendant's Motion to Modify Conditions of Release filed herein by the Defendant (ECF No. 22) is **DENIED**.

**SO ORDERED** this **23RD day of March 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE